SYLVESTER & POLEDNAK, LTD.
ALLYSON R. JOHNSON, ESQ.
Nevada Bar No. 8286
1731 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: Allyson@SylvesterPolednak.com
*Attorneys for Plaintiff Christopher Basile*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BASILE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KIRSTEN NOVAK,<br>　　　　　　Defendant(s). | Case No.:   2:19-cv-00429-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 72 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff CHRISTOPHER BASILE, by and through his attorney of record, Allyson R. Johnson, Esq., with the law firm of Sylvester & Polednak, Ltd., and Defendant KIRSTEN NOVAK, by and through her attorney of record, David J. Winterton, Esq., with the law firm of David J. Winterton & Associates, Ltd., respectfully submit the following Stipulation and Order for Dismissal with Prejudice and AGREE AND STIPULATE AS FOLLOWS:

　　1.　　The parties stipulate and agree to dismissal of all claims asserted herein; and

　　2.　　Each party shall bear their own fees and costs.

1

*Christopher Basile v. Kirsten Novak*
Case No.: *2:19-cv-00429-JAD-BNW*

IT IS SO STIPULATED.

DATED this 29th day of January, 2021.

**SYLVESTER & POLEDNAK, LTD.**

By: /s/ Allyson R. Johnson
Allyson R. Johnson, Esq.
1731 Village Center Circle
Las Vegas, Nevada 8914
*Attorneys for Plaintiff*

DATED this 29th day of January, 2021.

**DAVID J. WINTERTON & ASSOCIATES, LTD.**

By: _____
David J. Winterton, Esq.
7881 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89117
*Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties to this Matter, that all claims asserted herein shall be dismissed with prejudice with each party to bear their own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 2-1-2021

2